NO M/W

AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 23 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Miguel Angel CASTILLO<br>DOB: 1998<br>Citizenship: United States<br>*Defendant* | )<br>)<br>) Case No. M-19-1993-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  08/28/2018  in the county of  Hidalgo  in the  Southern  District of Texas, the defendant violated  8 / 18  U. S. C. §  1324 / 922(g)(1), an offense described as follows:

- Knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation

- Knowingly and unlawfully, being a person convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce, one (1) Sundance Industries .25 caliber pistol, and one (1) WesternField 12 gauge pump-action shotgun

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

Approved AUSA Mike Mitchell
8-23-19

*Complainant's signature*

Javier R. Salinas Jr., HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 23, 2019
3:18 pm

City and state:  McAllen, Texas

*Judge's signature*

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On Thursday August 15, 2019 Homeland Security Investigations (HSI) Special Agent (SA) J.R. Salinas initiated an investigation into Miguel Angel CASTILLO after information was received from the Donna Police Department (PD) regarding two Undocumented Aliens (UDAs) who were located at the Don Wes Motel. Both UDAs were found to have been held against their will by two (2) juveniles at the direction of Alien Smuggling Organization (ASO) declared leader CASTILLO.

During the investigation your affiant learned that CASTILLO picked up both UDAs, Johanfer Yanes Garcia and Amner Campos (Guatemalan nationals), on August 1, 2019 from the Wal-Mart in Rio Grande City, Texas after both UDAs crossed illegally from Mexico into the United States. CASTILLO blindfolded both UDAs and took them to a location near Melchor Ocampo Dr and Viejo Dr in Donna, Texas. Both UDAs were held at this location for a number of days while being told they were to pay additional money into an IBC bank account belonging to an Alexandra CARRIZALES or they would be killed. Campos did not send extra money at this time though Garcia's family sent an additional $6,100 US Dollars (USD) into the bank account at the demands of CASTILLO. CASTILLO harbored the UDAs in his home that he shares with his wife and young child.

On August 15, 2019 CASTILLO moved both UDAs from his home to the Don Wes Motel. CASTILLO arrived in his silver Chevrolet HHR to register and pay for the room. The juveniles were left in charge of the UDAs. During the early hours of the morning both juveniles fell asleep at which time the UDAs were able to utilize a phone to call 911 emergency services.

After Donna PD responded to the scene both UDAs were interviewed and advised they were smuggled illegally into the US by way of Mexico. Both stated they paid $4,000 in Mexico up front and were told they would be taken to their arranged destinations once in the US. Once in the US they met CASTILLO. CASTILLO then took both UDAs hostage and demanded more money while threatening their lives with a handgun. During the investigation by the Donna PD both UDAs were shown photo lineups in which they identified CASTILLO as their transporter and person who harbored them in the US.

Both UDAs noted that CASTILLO was always in possession of a handgun, and that he also possessed a rifle which they observed when CASTILLO fired off a single round around the time of August 10, 2019.

Your affiant knows from his investigation that CASTILLO's Facebook page is named "El Miguelioo" and is an open account visible to the public. Your affiant knows that on the afternoon / evening of August 21, 2019 and the early morning of August 22, 2019, CASTILLO was posting onto his "story" on Facebook which was visible to the public. Your affiant knows that CASTILLO posted a Facebook story in which CASTILLO was recording himself in a Chevrolet vehicle, believed to be the Chevrolet HHR belonging to CASTILLO. CASTILLO additionally posted a video in which he was driving the vehicle and recording a passenger

smoking a substance. During the video your affiant observed CASTILLO, wearing what appeared to be the same clothes he was later located in, displaying a firearm on his lap. The firearm was a small handgun, appearing to be a .25 caliber pistol. The pistol was stainless steel with black grips.

On the morning of August 22, 2019 your affiant was contacted with information regarding the whereabouts of CASTILLO. Your affiant was able to obtain information that suggested CASTILLO was staying at his cousin Angel CARRIZALES's house at 6705 De La Rosa Circle in Donna, Texas. Your affiant learned that the silver HHR belonging to CASTILLO was to be parked in the rear of the home.

On the same date your affiant, along with other special agents and a task force officer, arrived at the location and observed CASTILLO in the rear of the home near the silver HHR. Agents converged on CASTILLO and were able to take him into custody without incident.

During this time agents learned from persons in the home that CASTILLO was staying in the back bedroom of the trailer home. Another officer and your affiant located a 12 gauge shotgun underneath the mattress belonging to CASTILLO. The chamber was closed and no ammunition was inside. The homeowners advised the gun did not belong to them and that CASTILLO was the only user of the room at this time and it would be his firearm.

Your affiant spoke to several persons on scene including. Your affiant advised all subjects he had information regarding a small .25 caliber type firearm that CASTILLO was in possession of. Your affiant then learned that CASTILLO had placed the firearm in the front seat area of a broken-down black in color Tahoe in the front yard.

A .25 caliber Sundance Industries firearm was located on the driver side floorboard area of the Tahoe. The gun was a stainless steel with black grip firearm that matched identically with that of the handgun seen in the possession of CASTILLO on Facebook.

On June 29, 2017 CASTILLO was arrested for Smuggling Aliens, Transporting an alien within the US for private financial gain. CASTILLO subsequently pled guilty and was convicted and sentenced on November 11, 2017 to 21 months imprisonment and 3 years TSR in the Southern District of Texas, McAllen.

Your affiant knows at the time of the arrest CASTILLO was aware of his conviction status and knows that CASTILLO is currently on Federal Probation for the offense. CASTILLO also had a copy of his Federal Probation paperwork with his name on it in his wallet.